DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLIFFORD G. FLEETWOOD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1497

[October 4, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 11-006716CF10A.

Clifford G. Fleetwood of the Law Office of Clifford G. Fleetwood, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***